IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE SHEPARD, Individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:15CV3165 |
| V. | ) ) | |
| STATE OF NEBRASKA, DOUG PETERSON, Attorney General, SHERRI DAWSON, COURTNEY MILLER, DEPT OF HEALTH & HUMAN SERVICES, MENTAL HEALTH BOARD OF DOUGLAS CO., TY LYNNE BAUERS, STEPHEN O'NEILL, NORFOLK REGIONAL CENTER, SANAT ROY, SHANNON BLACK, LINCOLN REGIONAL CENTER, and JANE AND JOHN DOES, in their official and individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) ) | |

On April 18, 2016, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. (Filing No. 10.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 6th day of June, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge